# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-824-SPM |
| ) | |
| U.S. CONSTITUTION, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal and motion to appoint counsel. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motions are denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal and motion to appoint counsel [ECF No. 6] are **DENIED**.

Dated this 24th day of July, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE