# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-824-SPM ) |
| U.S. CONSTITUTION, et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion to proceed in forma pauperis on appeal. In a memorandum and order dated July 24, 2020, the Court denied plaintiff's first motion to proceed in forma pauperis on appeal. *See* ECF No. 7. For reasons unknown, plaintiff has filed another motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. Plaintiff's second motion to proceed in forma pauperis on appeal is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion to proceed in forma pauperis on appeal [ECF No. 8] is **DENIED.**

Dated this 10th day of September, 2020.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE